EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Aprobación de Cambio de Estatus Inactivo de enero de 2023 | 2023 TSPR 12 <br><br> 211 DPR ___ |

Número del Caso: EM-2023-2

Fecha: 10 de febrero de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de enero de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero de 2023                    EM-2023-0002


RESOLUCIÓN


En San Juan, Puerto Rico, a 10 de febrero de 2023.

Durante el mes de enero de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

    3,639  Guillot Christian, Edwin J.

    3,710  Soto Couto, Arnaldo

    4,417  Rodríguez López, Heriberto
    6,129  Rodríguez Pérez, Primo

    6,282  Collazo Haddock, Luis M.

    6,530  Ortiz Atienza, Sergio

    6,564  Morales Steinmann, Alberto J.

    7,144  Flores Andino, Gloria E.

    7,361  Varela Negrón, Anner

    8,124  González Reyes, Nydia M.

    8,568  Marrero González, Lillian

    8,730  Rodríguez Santini, Ivette

   11,149  Solá Gómez, Clarisa I.

   11,929  Román González, Iván G.

17,065  Sánchez Ocasio, Kimberly

20,040  Pagán Pagán, Valerie

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo